Appeal by the defendant from a judgment of the Supreme Court, rendered against him on the 10th day of May, 1912, in the county of Albany, convicting him of the crime of manslaughter in the first degree.

PER CURIAM: We think that the defendant was not accorded that fair and impartial trial to which the law entitled him; that the district attorney transcended the bounds of propriety in summing up the case; that the justice presiding failed to admonish him to keep within bounds, and that the error in the charge on the question of motive was not cured by the subsequent remarks of the justice on the request of the district attorney. The judgment of conviction should be reversed and a new trial ordered. All concurred, except Smith, P. J., and Lyon, J., dissenting. Judgment of conviction reversed and new trial ordered.

Thomas C. Brown and James E. Lowe, Comprising the Firm of Brown & Lowe, Respondents, v. Richard E. Burger, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Joseph Dobbins, Respondent, v. Syracuse, Binghamton and New York Railroad Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Alfred W. Eickhoff, Respondent, v. Edmund Elwin Hart, Appellant.— Judgment and order unanimously affirmed, with costs.

Stanley J. Fowlston, Respondent, v. Azariah J. Hathaway, Appellant. —Judgment and order unanimously affirmed, with costs. Lyon, J., not sitting.

George Grattan, Respondent, v. Thomas F. Doherty, Appellant.— Motion granted, unless printed papers be served within thirty days, which appellant may do upon payment of ten dollars for opening his default and ten dollars costs of motion, in which case motion is denied.

John C. Harris, Appellant, v. William A. Pierson and Others, Respondents.— Judgment and order unanimously affirmed, with costs.

Josiah W. Jenkins, Respondent, v. The Delaware and Hudson Company, Appellant.— Judgment affirmed, with costs. All concurred, except Smith, P. J., dissenting; Howard, J., not sitting.